

# COURT OF APPEALS

SANDEE BRYAN
MARION
   CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
   JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

Monday, April 6, 2015

Fred Hernandez
Val Verde County Assistant District
Attorney
P.O. Box 1405
Del Rio, TX 78841
* DELIVERED VIA E-MAIL *

Stephen Foster
310 S. St. Mary's
Suite 2400
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:   04-14-00671-CR
        Trial Court Case Number:     11297CR
        Style:  The State of Texas
             v.
             Raul Becerra Castorena

      Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

      If you should have any questions, please do not hesitate to contact me.

                          Very truly yours,
                          KEITH E. HOTTLE, CLERK

                          Carmen De Leon
                          Deputy Clerk, Ext. 53262

cc: John Price (DELIVERED VIA E-MAIL)
The Honorable Enrique Fernandez
Gene Steele (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

Monday, April 6, 2015

No. 04-14-00671-CR

The **STATE** of Texas,
Appellant

v.

Raul Becerra **CASTORENA**,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 11297CR
The Honorable Enrique Fernandez, Judge Presiding

# O R D E R

Sitting: Sandee Bryan Marion, Chief Justice
Luz Elena D. Chapa, Justice
Jason Pulliam, Justice

John Price has filed a request for a sixty day extension of time to file the reporter's record.  We grant the motion in part and deny it in part.  *See* TEX. R. APP. P. 35.3(c) (extension of time to file record in ordinary appeal must not exceed 30 days).

We **order** Price to file the record by **April 30, 2015**.  Because of the extraordinary delay in completing the record in this case, Price is advised that **no further extensions of time will be granted** and we **order** Price to give priority to completing the record in this appeal. If Price is unable to perform all his duties and complete the record in a timely manner, he must take whatever steps are necessary, including requesting a substitute reporter or hiring competent assistance, to file the record by the date ordered.

Price is ordered to obtain from the attorney for the State the agreed replacement copy of State's Exhibit 2 and include it in the record.  Price is ordered to file the record with a placeholder for Defendant's exhibit 3, indicating the exhibit is missing.

We further **order** the clerk of this court to serve a copy of this order on the trial court. *See* TEX .R. APP. P. 35.3(c).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court